IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN B. FREITAS,

    Plaintiff,

v.

BANK OF AMERICA N.A., and DOES 1–60,

    Defendants.

No. C 19-03347 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** defendant's request to continue the case management conference. It is this Court's practice to get orders out promptly after the motion hearing.

**IT IS SO ORDERED.**

Dated: August 21, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE'